## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex<br>rel. R. MICHAEL NELSON, | ) ) ) | |
| **Plaintiff,** | ) ) | **4:04CV3139** |
| **vs.** | ) ) | **ORDER** |
| BIOLINK PARTNERS, a Foreign<br>corporation, and ALEX BONNER, | ) ) ) ) | |
| **Defendants.** | ) | |

Considering the parties' JOINT MOTION TO CONTINUE PLANNING CONFERENCE (#45), I find that a 45-day continuance should be granted to allow the parties to resolve their discovery disputes.

**IT IS ORDERED** that the motion (#45) is granted, in part.  The planning conference now set for July 11, 2005 is continued to **Thursday, August 25, 2005 at 11:00 a.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Counsel who wish to participate by telephone shall contact chambers at least one day in advance, at 402-661-7340, to make the necessary arrangements.

**DATED June 23, 2005.**

>
> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**