IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Ex Rel. R. MICHAEL NELSON, | ) ) ) | |
| Plaintiff, | ) | Case No. 4:04cv3139 |
| | ) | |
| vs. | ) ) | |
| | ) | **ORDER** |
| BIOLINK PARTNERS, A foreign<br>corporation, and ALEX BONNER, | ) ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the court for a telephone conference with counsel. James Zalewski, plaintiff's counsel, and Jerry Rauterkus, defendants' counsel, appeared. Defense counsel requested a continuance of the 8/25/2005 planning conference. Plaintiff's counsel had no objection.  Therefore,

**IT IS ORDERED:**

1.  The Rule 16 planning conference is continued to **August 31, 2005 at 2:30 p.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 23rd day of August 2005.

BY THE COURT:


s/ F. A. Gossett
United States Magistrate Judge