IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| R. MICHAEL NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3139 |
| | ) | |
| v. | ) | |
| | ) | |
| BIOLINK PARTNERS, and ALEX BONNER, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

     The Clerk's Office has requested that Document Number 54 be stricken from the record for the following reason(s):

- Incomplete PDF document attached.

     IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 54 from the record. The party is directed to re-file the document.

     DATED this 8th day of September, 2005.

                                    BY THE COURT:

                                    s/ F.A. Gossett
                                    United States Magistrate Judge