IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. R. MICHAEL NELSON, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3139 |
| vs. | ) ) | ORDER |
| BIOLINK PARTNERS, a Foreign corporation, and ALEX BONNER, | ) ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on defendants' MOTION TO EXTEND DEADLINES IN CURRENT PROGRESSION ORDER (#70). Defendants ask that the court suspend all progression order deadlines and schedule an interim planning conference due to the plaintiff's filing an amended complaint.

    Under the current progression order, the deposition deadline is set for June 30, 2006; defendants' expert witness disclosures are not due until April 28, 2006, pretrial disclosures are not due until August 14, 2006, and trial is set for August 28, 2006.

    I tend to agree with the plaintiff that the amended complaint has not significantly expanded the scope of the litigation. I find that the defendants have not demonstrated good cause to suspend all the progression order deadlines; however, the November 1, 2005 deadline for filing motions for summary judgment will be extended to **February 15, 2006** and the court will hold an interim planning conference on Thursday, **December 29, 2005 at 9:30 a.m.**, in chambers.

    **IT IS SO ORDERED.**

    **DATED October 14, 2005.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**