IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel., R. MICHAEL NELSON, | ) ) ) | CASE NO. 4:04V3139 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| BIOLINK PARTNERS, a foreign corporation, and ALEX BONNER, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion for an Extension of Time to Respond to the Defendants' Motion for Summary Judgment. Plaintiff seeks an extension from the current deadline of February 2 to February 10, 2006. The requested extension is reasonable. Accordingly,

IT IS ORDERED:

Plaintiff's motion for an extension of time (Filing No. 98) is granted. Plaintiff shall respond to the Defendants' Motion for Summary Judgment on or before February 10,. 2006.

Dated this 18th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge