IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, ex rel, R.  CASE NO: 4:04-CV-3139
MICHAEL NELSON,

Plaintiff,

v.  **ORDER**

BIOLINK PARTNERS, a Foreign corporation,
and ALEX BONNER,

Defendants.

     This matter comes before the court for the joint motion (ECF #17) of the parties seeking a stay in discovery pending the upcoming mediation. The court finds good cause has been shown and that any further discovery should be stayed until the mediation has been completed.

     If the mediation is not successful, the court will set the matter down for a status conference within ten days after the mediation in order to revisit the discovery necessary to compete the matter and other trial setting considerations.

     DATED May 17, 2006.

                                BY THE COURT:

                                s/ F.A. Gossett
                                United States Magistrate Judge

223668.wpd

Prepared and Submitted By:

Jerald L. Rauterkus, #18151
ERICKSON & SEDERSTROM, P.C.
Regency Westpointe, Suite 100
10330 Regency Parkway Drive
Omaha, Nebraska 68114
(402) 397-2200
(402) 390-7137 (fax)
Attorney for Defendant

223668.wpd