IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Ex. Rel. R. Michael Nelson, ) | Case No. 4:04CV3139 | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | |
| ) | **ORDER** | |
| BIOLINK PARTNERS, A Foreign ) | | |
| Corporation, and ALEX BONNER, ) | | |
| ) | | |
| Defendants. ) | | |

Upon notice of settlement given by counsel for the parties during a settlement conference with the undersigned magistrate,

**IT IS ORDERED:**

1. On or before **July 20, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated: June 20, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge