IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel., R. MICHAEL NELSON, | ) ) ) | CASE NO. 4:04CV3139 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER OF DISMISSAL |
| BIOLINK PARTNERS, and ALEX BONNER, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Joint Motion for Dismissal with Prejudice (Filing No. 118) and the Notice of Consent to Dismissal With Prejudice to the rights of the Relator and Without Prejudice to the Rights of the United States (Filing No. 119). The Joint Motion and Notice of Consent satisfy the requirements of Fed. R. Civ. P. 41(a) and 31 U.S.C. § 3730(b)(1).  The Court finds that the case should be dismissed.  Accordingly,

IT IS ORDERED:

1. The Joint Motion for Dismissal with Prejudice filed by the Relator, R. Michael Nelson and Defendants Biolink Partners and Alex Bonner (Filing No. 118) is granted;

2. The United States' Notice of Consent to Dismissal With Prejudice to the Rights of the Relator and Without Prejudice to the Rights of the United States (Filing No. 119) is approved;

3. The Amended Complaint (Filing No. 66) and all claims in this matter are dismissed as follows:

   a. with prejudice as to Relator R. Michael Nelson; and

   b. without prejudice as the rights of the United States of America; and

4. The parties shall pay their own costs and attorney's fees unless otherwise agreed by and between them.

DATED this 11th day of July, 2006.

> BY THE COURT:
>
> s/Laurie Smith Camp
> United States District Judge